# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STACEY SHORE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 6:18-cv-1893-Orl-28DCI

GREENSPOON MARDER, P.A.,

    Defendant.

## ORDER

This case is before the Court on the Defendant's Motion for Attorney Fees (Doc. No. 48). The assigned United States Magistrate Judge has submitted a Report (Doc. 54) recommending that the motion be denied. No party has filed an objection to the Report and the time to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Defendant's Motion for Attorney Fees (Doc. No. 48) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on November 27, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge

Counsel of Record